**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-09

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. VINH LONG TRONG THAN,
    a/k/a "Vinnie,"

    Defendant.

## MINUTE ORDER[1]

By **May 3, 2010**, the government shall file a response to defendant's **Motion For Leave To File Motion To Dismiss Indictment "Out of Order"** [#1349], filed April 25, 2010.

    Dated: April 26, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.